UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN FRANCIS HUTCHENS,<br><br>    Plaintiff,<br><br>    v.<br><br>ALAMEDA COUNTY, et al.,<br><br>    Defendants. | Case No.: 4:11-cv-06478-YGR<br><br>**ORDER REGARDING PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** |

On February 21, 2012, Defendants Alameda County and County of Alameda Sheriff Deputies filed a Motion to Dismiss Pursuant to F.R.C.P. 12(b)(1) and 12(b)(6). (Dkt. No. 9.) Plaintiff's opposition was due on March 9, 2012. (Dkt. Nos. 12 & 13.) The hearing on this motion is scheduled for April 3, 2012.

To date, Plaintiff has failed to respond to the Motion to Dismiss. <u>Plaintiff shall file his opposition to the Motion to Dismiss by April 3, 2012. Failure to file an opposition by that date will result in dismissal of the action for failure to prosecute.</u> If Plaintiff submits his opposition by this date, Defendants shall reply by April 10, 2012.

The hearing date of April 3, 2012 is hereby VACATED. The Court re-sets the hearing for April 24, 2012 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: March 20, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**