UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN FRANCIS HUTCHENS,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>ALAMEDA COUNTY, et al.,<br><br>　　　Defendants. | Case No.: 4:11-cv-06478-YGR<br><br>**ORDER REGARDING PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT** |

On April 23, 2012, Defendants Alameda County and County of Alameda Sheriff's filed a Motion to Dismiss First Amended Complaint Pursuant to F.R.C.P. 12(b)(6). (Dkt. No. 24.) Plaintiff's opposition was due on May 10, 2012. Civ. L.R. 7-3 & 5-5(a)(2). The hearing on this motion is scheduled for June 5, 2012.

To date, Plaintiff has failed to respond to the Motion to Dismiss. <u>Plaintiff shall file his opposition to the Motion to Dismiss by May 29, 2012. Failure to file an opposition by that date will result in dismissal of the action against these Defendants for failure to prosecute.</u> If Plaintiff submits his opposition by this date, Defendants shall reply by June 5, 2012.

The hearing date of June 5, 2012 is hereby VACATED. The Court re-sets the hearing for June 19, 2012 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: May 15, 2012

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**